**Opinion filed June 9, 2022**



In The

# Eleventh Court of Appeals

_____

## No. 11-22-00120-CV
_____

## GLEN D. AARON, II, Appellant

## V.

## FLATLAND SIDECAR, LLC, et al., Appellees

**On Appeal from the 118th District Court**
**Glasscock County, Texas**
**Trial Court Cause No. DC-1988-CV**

## M E M O R A N D U M   O P I N I O N

Appellant, Glen D. Aaron, II, filed a pro se notice of appeal from the trial court's March 25, 2022 Order Regarding Certain Motions for Summary Judgment. After this appeal was docketed, we informed Appellant that it did not appear that the order from which Appellant attempted to appeal was a final, appealable order, and we requested that Appellant provide this court with a response showing grounds to continue this appeal. *See* TEX. R. APP. P. 42.3. Appellant has not filed a response

addressing this court's concerns regarding the lack of finality of the order being appealed. However, one of the appellees has filed a motion to dismiss this appeal for want of jurisdiction. That motion substantiates this court's concerns regarding the lack of finality of the March 25 order—that all claims and all parties have not been disposed of in the trial court. Accordingly, we dismiss this appeal.

We note that Appellant has not shown grounds upon which this appeal may continue at this time, that Appellant has not obtained permission from the trial court for an interlocutory permissive appeal, and that Appellant has not requested that this appeal be abated for the entry of a final judgment.

Unless specifically authorized by statute, appeals may be taken only from final judgments. *Tex. A & M Univ. Sys. v. Koseoglu*, 233 S.W.3d 835, 840–41 (Tex. 2007); *Lehmann v. Har–Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). We determine whether a judgment is a final, appealable judgment based on the language in the judgment and the record of the case. *Lehmann*, 39 S.W.3d at 195. A judgment is final and appealable if it disposes of all parties and all claims in the case. *Id.* Because all parties and all claims have not been disposed of in the trial court, we do not currently have jurisdiction to consider this appeal.

We dismiss this appeal for want of jurisdiction.

PER CURIAM

June 9, 2022

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

2